■ NICHOLAS PERAGINE, Plaintiff, v. LILLIAN ESPOSITO, Doing Business as LILLIANA'S, Appellant, and CANADA DRY GINGER ALE, INC., Defendant-Respondent and Third Party Plaintiff. OWENS-ILLINOIS GLASS Co., Third-Party Defendant.— Determination so far as appealed from unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS ROSIELLO, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Brietel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MALONEY, ROBERT MURPHY and DORIS AVIRON, Appellants.— Judgments of conviction unanimously affirmed. On this record, the claimed errors did not so adversely affect any substantial right of the defendant so as to warrant a finding of reversible error (Code Crim. Pro., § 542). Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ LONGSHORE, INC. v. MORRIS LAPIDUS.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur —Breitel, J. P., M. M. Frank, Valente and Stevens, JJ.

■ MESTA MACHINE COMPANY v. ABCO MOVING & STORAGE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CLIFFORD BRANTLEY.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted for the original indictment, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney for the County of New York, and files 6 typewritten or 19 mimeographed copies of appellant's points with this court, with the original record, on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Arthur Olick, Esq. of 26 Broadway, New York, New York is assigned as counsel for the appellant for the purpose of the appeal. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ KLEINERT v. WEBB & KNAPP, INC., et al.— Motion by Isidore Rosen & Sons, Inc. granted, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ KLEINERT v. WEBB & KNAPP, INC., et al.— Motion by Armor Elevator Co., Inc. granted, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY BEENE.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Miss Florence M. Kelley of 100 Centre Street, New York, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.